DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY LEE HATTEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1111

[July 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit; Palm Beach County, Jeffrey Dana Gillen, Judge; L.T. Case No. 501985CF006720BXXXMB.

Timothy Lee Hatten, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***